ORIGINAL

US MARSHALS SERVICE NTX
FORT WORTH, TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2017 JUL 18 AM 9: 48

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:17-MJ-589 |
| ANGEL RENEE NORRIS (07) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 31 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **ANGEL RENEE NORRIS**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_/s/ Jeffrey L. Cureton_
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 18th day of July 2017.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 8921 S Normandale St, Fort Worth, TX.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 7/24/2017 | A. Smith #3929 Police Officer | /s/ #3929 |